**Order entered September 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### KRISTINA KASTL, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-09-01374-E**

## ORDER

We **GRANT** appellee's September 3, 2014 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief **on or before October 10, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE